UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GARY JOE JONES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-06-552 |
| | § | |
| SAMUEL KOVALSKI, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM OPINION AND ORDER DENYING WITHOUT PREJUDICE MOTION FOR DISCOVERY

Plaintiff's motion for discovery (D.E. 26) is denied without prejudice. Discovery and discovery requests are not filed with the court. LR5.5. Plaintiff should send his discovery requests directly to counsel for the defendant. If the defendant fails to comply with the discovery request within thirty days, plaintiff may file a motion for an order compelling discovery, requesting that the court intervene and order compliance with his discovery requests. Fed. R. Civ. P. 37.

This order does not relieve defendants from timely complying with plaintiff's discovery requests.

ORDERED this 1st day of March, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE